1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  ALICE J. P.,[1]

12                        Plaintiff,

13          v.

14  MARTIN J. O'MALLEY,
    Commissioner of Social Security,[2]

15

16                        Defendant.

Case No. EDCV 22-1695 AB (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

19  and files herein, and the Report and Recommendation of the United States Magistrate

20  Judge.  The time for filing Objections to the Report and Recommendation has passed and

21  no Objections have been received.  Accordingly, the Court accepts the findings,

22  conclusions, and recommendations of the Magistrate Judge.

23

24

25

26  [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
    Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court

27  Administration and Case Management of the Judicial Conference of the United States.

28  [2] Martin J. O'Malley, Commissioner of Social Security, is substituted for his predecessor,
    whom Plaintiff named in the Complaint.  Fed. R. Civ. P. 25(d).

IT IS ORDERED that Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 15, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE