JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ALICE J. P.,[1]                                    Case No. EDCV 22-1695 AB (PVC)

12              Plaintiff,

13       v.                                              **JUDGMENT**

14  MARTIN J. O'MALLEY,
    Commissioner of Social Security,[2]

15

             Defendant.

16

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions, and

19  Recommendations of United States Magistrate Judge,

20       IT IS HEREBY ADJUDGED that the decision of the Commissioner is

21  AFFIRMED, and this action is dismissed with prejudice.

22  DATED: August 15, 2024

23  _____

    ANDRE BIROTTE JR.

24  UNITED STATES DISTRICT JUDGE

25

26  [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
    Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
    Administration and Case Management of the Judicial Conference of the United States.

27

    [2] Martin J. O'Malley, Commissioner of Social Security, is substituted for his predecessor,

28  whom Plaintiff named in the Complaint.  Fed. R. Civ. P. 25(d).